SAPHRIN CONSTRUCTION CORP., Respondent, v. ERNEST M. HIGH, Appellant.— Order of the County Court, Nassau County, affirming a final order of the City Court of the City of Long Beach in favor of the landlord, in a summary proceeding for the recovery of real property, unanimously affirmed, with costs. No

opinion. Appeal from judgment for costs dismissed, without costs. No appeal lies from such judgment. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.